**LAQUER URBAN CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al, <br><br> Plaintiffs, <br><br> v. <br><br> D.S.I. INSPECTIONS, et al; <br><br> Defendants. | Case No: 2:04-cv-00421-ECR-GWF <br><br> **RENEWED JUDGMENT** |

Good cause appearing from the foregoing Affidavit of Judgment Renewal,

**IT IS ORDERED** that the judgment in favor of Plaintiffs entered on July 18, 2006, in the amount of $173,634.12 against Defendants, be renewed for a period of six years from the date of this Order for a renewed judgment in the amount of $249.007.52, plus post judgment interest accruing thereon until paid in full.

DATED: September 27, 2012.

*Edward C. Reed*

UNITED STATES DISTRICT JUDGE

594540

1